UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RODNEY MORGAN,<br>    Plaintiff,<br><br>v.<br><br>LIUNA STAFF AND AFFILIATES<br>PENSION FUND,<br>    Defendant. | No. 3:10-CV-51<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the parties' cross-motions for summary judgment. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motions,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is hereby **GRANTED**, and that this action is **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of December, 2011.

Entered as a judgment.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge