UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RODNEY MORGAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:10-CV-51 |
| ) | (Phillips) |
| LIUNA STAFF AND AFFILIATES ) | |
| PENSION FUND, ) | |
|     Defendant. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the parties' cross-motions for summary judgment. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motions,

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is hereby **GRANTED**, and that this action is **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of December, 2011.

Entered as a judgment.

s/ *Patricia L. McNutt*
PATRICIA L. McNUTT
CLERK OF COURT

**ENTER:**
    s/ Thomas W. Phillips
United States District Judge